Payam Tishbi, Esq. (CA SBN 290262)
**TISHBI LAW FIRM**
**A PROFESSIONAL CORPORATION**
5757 Wilshire Blvd., Suite 372
Los Angeles, California 90036
Telephone: (310) 997-2557
Facsimile: (310) 997-2568
Ptishbi@tishbilaw.com

Attorney for Plaintiff,
MINERVA SEVILLANO MORAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA SEVILLANO MORAN, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES POSTAL SERVICE; TAYVION ROBINSON, <br><br> Defendants. | Case No: <br><br> COMPLAINT FOR DAMAGES: PERSONAL INJURIES |

Comes now Plaintiff MINERVA SEVILLANO MORAN, by and through his counsel, and states:

1. This Court has original jurisdiction under 28 U.S.C. Section 1346(b) in that this claim is founded upon the filing of a Federal Tort Claim pursuant to 28 U.S.C. Section 2671(b), et seq.

2. On or about September 30, 2021, an initial Federal Tort Claim for personal injuries was presented to the UNITED STATES POSTAL SERVICE, Department of USPS National Tort Center. On October 21, 2021, the Department of National Tort Center sent a letter requesting additional information regarding Plaintiff's medical records, itemized bill as well as support for any claimed property damage and lost wages.

3. That the United States Department of National Tort Center is a federal agency and/or department of the UNITED STATES POSTAL SERVICE.

4. On February 25, 2022, Plaintiff provided all requested information from of Tort Claims Examiner from Department of National Tort Center via mail and tracking number of 9114902200789811338129.

5. That Defendant TAYVION ROBINSON is a citizen of the County of Los Angeles, State of California.

6. That pursuant to 28 U.S.C. Section 2675, the UNITED STATES POSTAL SERVICE is liable for the loss of property, personal injury and other damages caused by the negligent or wrongful act or omission of any employee or agent of the Government while acting within the scope of his/her office or employment.

7. Plaintiff is informed and believes that TAYVION ROBINSON is an employee of the UNITED STATES POSTAL SERVICE.  Plaintiff is further informed and believes that at all times herein mentioned, TAYVION ROBINSON was acting in the course and scope of his employment with the UNITED STATES POSTAL SERVICE.

8. That on or about July 2, 2022, at approximately 12:50 p.m., Defendant TAYVION ROBINSON, in the course and scope of his employment with Defendant UNITED STATES POSTAL SERVICE, was operating a USPS Vehicle (USPS Vehicle # 4315249) on Cedar Avenue in Yucaipa, California.  Plaintiff MINERVA SEVILLANO MORAN was operating her 2008 Nissan Quest on Cedar Avenue in Yucaipa.  Defendant TAYVION ROBINSON attempted to make a U-turn on Cedar Avenue from the parking space along the curb and T-boned Plaintiff's vehicle.  The USPS vehicle operated by Defendant TAYVION ROBINSON, in the course and scope of his employment with Defendant UNITED STATES POSTAL SERVICE, struck the Plaintiff's vehicle.

9. That at said time and place, defendant TAYVION ROBINSON was acting in the course and scope of her employment with the Defendant UNITED STATES POSTAL SERVICE.

10. That at said time and place, Defendant UNITED STATES POSTAL SERVICE by and through its employee Defendant TAYVION ROBINSON so negligently, recklessly, carelessly and unlawfully entrusted, managed, maintained, owned, leased, drove and operated the USPS Vehicle # 4315249 such that it struck the Plaintiff's vehicle causing injury and damages to the Plaintiff hereinafter described

11. As a proximate cause of the negligence of the Defendants, Plaintiff has been hurt and injured in her health, strength and activity, sustaining injury to her body, and shock and injury to her nervous system, all of which said injuries have caused and continue to cause Plaintiff great mental, physical and nervous pain and suffering in connection therewith, all to her general damage in an amount to be proved at trial.

12. As a further, direct and proximate cause of the negligence, carelessness and recklessness of the Defendants, as aforesaid, Plaintiff has incurred and will in the future incur medical and sundry expenses in the examination, care and treatments of her injuries. The amount of Plaintiff's past and future medical expenses will be proved at trial.

13. As a further, direct and proximate cause of the negligence, carelessness and recklessness of the defendant, as aforesaid, Plaintiff has suffered mental anguish, fright, humiliation and emotional and physical trauma.

14. As a further, direct and proximate cause of the negligence, carelessness and recklessness of the defendant, as aforesaid, Plaintiff has been unable to pursue her vocation, has and will in the future suffer a loss of earnings and has and will suffer a loss of earning capacity in an amount to be proved at trial.

15. As a further, direct and proximate cause of the negligence, carelessness and recklessness of the Defendants, as aforesaid, Plaintiff has and will in the future incur additional special damages, in amount to be proved at trial.

16. As a further, direct and proximate cause of the negligence, carelessness and recklessness of the Defendants, as aforesaid, Plaintiff's vehicle sustained significant property damage causing Plaintiff further damages including property damage, loss of use of her vehicle, and other such damages.

WHEREFORE, Plaintiff prays for judgment as follows:

1. General damages according to proof;
2. Special damages according to proof;
3. Costs of suit as allowed by law, and
4. Such other and further relief as the Court deems proper.

DATED: June 15, 2022          TISHBI LAW FIRM, A PROFESSIONAL LAW FIRM

BY: _____
PAYAM TISHBI, ESQ.
Attorneys for Plaintiff
MINERVA SEVILLANO MORAN