|  |  |
|---|---|
| 1 |  |
| 2 |  |
| ... |  |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MINERVA SEVILLANO MORAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. EDCV 22-01006-SP<br><br>**JUDGMENT FOR MINERVA SEVILLANO MORAN**<br><br>Honorable Sheri Pym<br>United States Magistrate Judge |

Pursuant to the Offer of Judgment under Fed. R. Civ. 68 served by Defendant the United States of America and accepted by Plaintiff Minerva Sevillano Moran,

IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiff Minerva Sevillano Moran ("Plaintiff") in the amount of $50,000. This amount is inclusive of interest, attorney's fees, and costs accrued as of August 24, 2023.

2. Plaintiff's attorney's fees are included in the $50,000 amount and shall not exceed 25% thereof.

3. Judgment is hereby entered in favor of Plaintiff and against the United States.

IT IS SO ORDERED.

Dated:      September 5, 2023

_____
Honorable Sheri Pym
United States Magistrate Judge